# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

HAPPY HOURS PRODUCTIONS, LLC,
a Nevada Corporation registered to do
business in New Mexico, RAJ SHAH

    Plaintiffs,

v.                                    Case No. CV-2008-00835 RLP/WDS

FILMKRAFT PRODUCTIONS (INDIA) PVT LTD.,
an Indian Corporation doing business in New Mexico,

    Defendant.

## STIPULATED ORDER

This matter comes before the Court on the parties' joint motion and stipulation to vacate the deadlines established in the Court's February 10, 2009, Initial Scheduling Order. The parties currently are engaged in settlement discussions, and wish to focus on those discussions in lieu of proceeding with scheduling and undertaking discovery and other pretrial activities. The Court approves the motion and stipulation. Now, Therefore,

IT IS HEREBY ORDERED BY THE COURT that the deadlines and other requirements established in the Court's February 10, 2009, Order are vacated. If the parties' settlement discussions fail, any party may file a notice with the Court, advising that it would like the Court to issue another order with new initial scheduling deadlines, and the Court will do so.

                                          W. DANIEL SCHNEIDER
                                          U.S. MAGISTRATE JUDGE

Submitted:

LAW OFFICES OF BRIAN A. THOMAS, P.C.


By: _____
      Brian A Thomas
      1201 Lomas Boulevard, NW, Suite C
      Albuquerque, NM  87102
      Telephone:  (505) 242-7352
      Facsimile:   (505) 242-2283
      bthomas.lawfirm@hotmail.com
      *Counsel for Plaintiffs*



RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By: _____
      Henry M. Bohnhoff
      P.O. Box 1888
      Albuquerque, NM 87103
      Telephone:  (505) 765-5900
      Facsimile:   (505) 768-7395
      hbohnhoff@rodey.com
      *Counsel for Defendant*

= 1